STATE of Missouri, Respondent,

v.

**Kenneth Wayne SWINEY, Appellant.**

No. WD 46487.

Missouri Court of Appeals, Western District.

May 11, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Defendant appeals from a conviction of resisting arrest under § 575.150 RSMo 1986.

The judgment of conviction is affirmed. Rule 30.25(b).

**Perry SCOGGINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 46882.

Missouri Court of Appeals, Western District.

May 18, 1993.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and SMART, JJ.

## *ORDER*

The defendant appeals a jury conviction for sale of a controlled substance, § 195.-211.2, RSMo Cum.Supp.1992, and sentence as a persistent offender to fifteen years in prison.

The judgment of conviction is affirmed. Rule 30.25.